1

2

3

4                              **UNITED STATES DISTRICT COURT**

5                                  **DISTRICT OF NEVADA**

6

7    JUDITH T. SKACH,                       )
                                            )
           Plaintiff,                       )

8                                           )
         vs.                                )        3:12-cv-00464-RCJ-VPC

9                                           )
     WESTERN UNITED INSURANCE CO., d.b.a.   )        **ORDER**

10   AAA NEVADA INSURANCE CO.,              )
                                            )

11         Defendant.                       )
                                            )

12

13       This is an insurance action arising out of an automobile accident.  The Court recently

14   granted summary judgment to Defendant as to the non-contractual claims, but the breach of

15   contract claim remains for trial.  Defendant asked the Court to award it attorney's fees for its

16   defense of the non-contractual claims.  The Court denied that motion as premature.  Plaintiff has

17   now asked the Court to strike Defendant's Bill of Costs (ECF No. 99) as premature.  The Court

18   will grant the motion for that reason.  The Court states no opinion as to particular items included

19   in the Bill of Costs.  Finally, the Court will not sever the remaining claims from the adjudicated

20   claims for the purposes of either fees or costs.  As the Court has explained, until the entire case is

21   adjudicated, the Court cannot properly assess which party, if either, should be awarded fees or

22   costs.

23   ///

24   ///

25   ///

1

**CONCLUSION**

2      IT IS HEREBY ORDERED that the Motion to Strike (ECF No. 102) is GRANTED, and

3  the Bill of Costs (ECF No. 99) is STRICKEN.

4      IT IS FURTHER ORDERED that the Motion to Sever (ECF No. 105) is DENIED.

5      IT IS SO ORDERED.

6  Dated this 30th day of December, 2014.

7

8  _____
                    ROBERT C. JONES
9                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25